# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Narek Hakobyan, | No. CV-26-01241-PHX-MTL |
| Petitioner, | **ORDER** |
| v. | |
| Eric Rokosky, et al., | |
| Respondents. | |

Before the Court is the May 14, 2026 Report and Recommendation ("R & R") of Magistrate Judge Deborah M. Fine recommending that Petitioner's petition for habeas corpus be denied because (1) Petitioner is lawfully detained under 8 U.S.C. § 1225(b) and (2) Petitioner has been provided due process as determined by Congress.

Petitioner did not file any objections to the R & R. The deadline to do so passed fourteen days following service of the R & R.*

In reviewing an R & R, the Court "may accept, reject, or modify, in whole or in part, the findings or recommendations made by the magistrate judge." 28 U.S.C. § 636(b)(1). "[T]he district judge must review the magistrate judge's finding and recommendations *de novo if objection is made*, but not otherwise." *United States v. Reyna-Tapia*, 328 F.3d 1114,

---

* After the R & R was issued, on May 27, 2026, Petitioner filed a "Supplement to Writ of Habeas Corpus." (Doc. 17) This brief does not make any objection to the R & R but instead appears to be an attempt to supplement the Petition itself with additional allegations and a letter from Petitioner. The Court will disregard the Supplement as improper. A petition for habeas corpus "may be amended or supplemented as provided in the rules of procedure applicable to civil actions." 28 U.S.C. § 2242. Petitioner did not move to supplement the Petition under Rule 15(d), Fed. R. Civ. P.

1121 (9th Cir. 2003) (en banc) (emphasis in original); *see Thomas v. Arn*, 474 U.S. 140, 149 (1985) (finding that the District Court need not conduct "any review at all . . . of any issue that is not the subject of an objection").

No objections having been received, the Court will accept and adopt the R & R in its entirety. In addition, the Court has independently reviewed the Petition and the R & R. The Court finds that the reasoning and conclusion of the R & R are well-taken, given the claims made in the Petition.

Accordingly,

**IT IS ORDERED** that the Report and Recommendation (Doc. 16) is **accepted**.

**IT IS FURTHER ORDERED** that the Clerk of Court must enter a judgment of dismissal and close this case.

Dated this 7th day of July, 2026.

Michael T. Liburdi
United States District Judge

- 2 -